

# Case Assignment
# Standard CivilAssignment

Case number **3:06CV-655-H**

Assigned : Chief Judge John G. Heyburn II
Judge Code : 4412

Designated Magistrate Judge : James D. Moyer
Magistrate Judge Code : 44AN

Assigned on 12/21/2006

[ Request New Judge ] ..... [ Return ]